IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| **DATABASE RECORDS MANAGEMENT, LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**EMC CORPORATION, et al.,**<br><br>Defendants. | Case No. 09-cv-184<br><br>**PATENT CASE** |

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANTS OPEN TEXT INC. AND VIGNETTE CORPORATION**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) Database Records Management, LLC, Open Text Inc., and Vignette Corporation, through the undersigned attorneys, hereby stipulate and agree that the claims and counterclaims asserted in the foregoing action are dismissed without prejudice, with each party to bear its own attorneys' fees and costs.

1

DATED:       July 17, 2009                                    Respectfully submitted,

| **THE SIMON LAW FIRM, PC** | **LOEB & LOEB LLP** |
|---|---|
| /s/ Timothy E. Grochocinski | /s/ Timothy J. Carroll (*with consent*) |
| Timothy E. Grochocinski, #59607 | Timothy J. Carroll |
| Anthony G. Simon, #38745 | 321 N. Clark Street, Suite 2300 |
| 701 Market Street, Suite 1450 | Chicago, Illinois 60654 |
| Saint Louis, Missouri 63101 | P. 312.464.3100 |
| P. 314.241.2929 | F. 312.464.3111 |
| F. 314.241.2029 | tcarroll@loeb.com |
| teg@simonlawpc.com | |
| asimon@simonlawpc.com | *ATTORNEYS FOR DEFENDANT* |
|  | *OPEN TEXT, INC.* |
| *ATTORNEYS FOR PLAINTIFF* | |

**MICHAEL BEST LLP**

/s/ Christopher C. Davis
Christopher C. Davis
One South Pinckney Street, Suite 700
P.O. Box 1806
Madison, Wisconsin 53701-1806
P. 608.257.3501
F. 608.283.2275
ccdavis@michaelbest.com

*ATTORNEYS FOR DEFENDANT*
*VIGNETTE CORPORATION*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was served on all counsel of record via the Court's CM/ECF system on July 17, 2009.

                                                          /s/ Timothy E. Grochocinski
                                                          Timothy E. Grochocinski